IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARMVIR SINGH SINGH, | : |
| *Petitioner,* | : |
| v. | : CIVIL NO. 26-1188 |
| JAMAL L. JAMISON *et al.*, | : |
| *Respondents.* | : |

**Scott, J.**                                                                                                                              **March 3, 2026**

### MEMORANDUM

Petitioner Parmvir Singh Singh filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking immediate release, or alternatively, a bond hearing. ECF No. 1 [hereinafter Pet.]. Mr. Singh alleges that his detention by the United States Immigration and Customs Enforcement ("ICE") violates the Administrative Procedure Act, the Immigration and Nationality Act ("INA") and his Due Process rights. Pet. ¶¶ 47-60.

Mr. Singh is a noncitizen from India. Pet. ¶ 1. He entered the United States on August 12, 2024. *Id.* ¶ 26. He has applied for asylum. *Id.* ¶ 26. He was paroled on January 17, 2025, and taken into custody on February 20, 2026 during his ICE appointment. *Id.* ¶ 29. ICE placed him in the Philadelphia Federal Detention Center. *Id.* ¶ 7.

On the Government's view, Mr. Singh is detained pursuant to 8 U.S.C. § 1225(b)(1), and the fact that his "expedited removal under § 1225 . . . is now in standard removal proceedings under § 1229a does not change the statutory basis for [his] detention." ECF No. 4 at 1. Courts in this district have rejected the Government's argument several times. *See e.g. Talabadze v. Rose, et al.*, No. 26-cv-360 (E.D. Pa Jan. 30, 2026) (Perez, J.); *Seminario-Marcos v. Jamison, et al.*, No.

1

26-cv-421 (E.D. Pa Feb. 6, 2026) (Kearney, J.); *Vazquez-Diaz v. Rose, et al.*, No. 26-cv-342 (E.D. Pa Feb. 10, 2026) (Gallagher, J.); *Vargas-Quajada v. Jamison, et al.*, 26-cv-914 (E.D. Pa. Feb. 17, 2026 (McHugh, J.); *Nawab Ali v. Jamison, et al.*, No. 26-cv-729 (E.D. Pa. Feb. 19, 2026) (Quinones-Alejandro, J.); *Zavala Ulloa v. Jamison, et al.*, No. 26-cv-823 (E.D. Pa. Feb. 20, 2026) (Marston, J.). For the reasons set forth in those opinions, this Court holds that Mr. Singh's detention violates the INA.

This Court therefore grants Mr. Singh's request for immediate release, given that his detention under 8 U.S.C. § 1225(b)(1) violates the INA. Moreover, ICE is enjoined from detaining Mr. Singh under 8 U.S.C. § 1226(a) for seven days following his release. Mr. Singh also requests attorneys' fees and costs under the Equal Access to Justice Act. 28 U.S.C. § 2412. The Government has not briefed this issue in its response, and the Court will grant Mr. Singh's request for attorneys' fees if the Government does not respond within the timeline set out in the accompanying order.