IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PARMVIR SINGH SINGH,                    :
                                        :
              Petitioner,               :
                                        :
       v.                               :   CIVIL NO. 26-1188
                                        :
JAMAL L. JAMISON *et al.*,              :
                                        :
              Respondents.              :

## ORDER

**AND NOW,** this **3rd** day of **March 2026,** upon consideration of Mr. Singh's Petition for a Writ of Habeas Corpus (ECF No. 1) and the Government's Answer (ECF No. 4), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Singh from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on March 4, 2026**.

2. The Government is enjoined from detaining Mr. Singh under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. Mr. Singh's request for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, will be granted if the Government does not submit, by **March 10, 2026,** a brief explaining its position regarding attorneys' fees. Mr. Singh may submit a reply within **seven days** of the Government's brief. Briefs must conform with Judge Scott's Policies and Procedures.

BY THE COURT:

_____
HONORABLE KAI N. SCOTT
United States District Court Judge