## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PARMVIR SINGH SINGH                         :
                                            :
    *Petitioner,*                        :
                                            :
      *v.*                            :    Civil Action No.  26-cv-1188-KNS
                                            :
JAMAL L. JAMISON, *et al.*                  :
                                            :
    *Respondents.*                       :

### STIPULATION AND ORDER

Petitioner and respondents, through counsel, stipulate as follows:

1.    Petitioner is a non-citizen who was detained by immigration authorities and filed this action for a writ of habeas corpus on February 24, 2026. ECF No. 1.

2.    On March 3, 2026, the Court granted the Petition and ordered Petitioner immediately released. ECF No. 6 ¶ 1. Petitioner was thereafter released. ECF No. 7.

3.    The Court additionally ordered Respondents to submit by March 10, 2026 a brief explaining their position regarding Petitioner's request for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). ECF No. 6 ¶ 3. The Court further provided for a reply to be filed by Petitioner. *Id.*

4.    Petitioner now withdraws his request for attorneys' fees under the EAJA.

So stipulated:

DAVID METCALF
United States Attorney

*/s/ Adriana Mitchell*
Adriana Mitchell
Law Office of Adriana Mitchell
1528 Walnut Street Suite 710
Philadelphia, PA 19102
267-244-3833
Email: adriana@mitchellimmigration.com

*Counsel for Petitioner*

*/s/ Anthony St. Joseph*
Anthony St. Joseph
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8267
Email:   Anthony.Stjoseph@usdoj.gov

*Counsel for Respondents*

SO ORDERED:

KAI N. SCOTT
United States District Court Judge

Date: 03/11/2026

2