**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PARMVIR SINGH SINGH | : |
| *Plaintiff(s)* | : |
| | : |
| v. | :   **CIVIL NO. 26-1188-KNS** |
| | : |
| J.L. JAMISON, et al. | : |
| *Defendant(s)* | : |

## ORDER

AND NOW, this **13th** day of **July 2026**, it is hereby **ORDERED** that the Clerk of

Court shall mark this matter **CLOSED** for all purposes including statistical reporting.

It is so **ORDERED**.

BY THE COURT:

*s/Kai N. Scott*

**HON. KAI N. SCOTT**
**United States District Court Judge**